1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave.
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  STEPHEN TURNER
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | STEPHEN TURNER, an individual,          ) Case No.: 2:23-cv-00972-SPG-MAA
12 |                  Plaintiff,             )
   |                                          ) **NOTICE OF CONDITIONAL**
13 |            vs.                          ) **SETTLEMENT**
   |                                          )
14 | FRIENDS BEST BARGAIN, INC., a           )
   | California corporation,                  )
15 |                                          )
   |                  Defendants.             )
16 |                                          )

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: April 6, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Stephen Turner