ASCENSION LAW GROUP
PAMELA TSAO( 266734)
12341 Newport Ave.,
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff  STEPHEN TURNER

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER, an individual, | Case No.: 2:23-cv-00972-SPG-MAA |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| FRIENDS BEST BARGAIN, INC., a California corporation, | |
| Defendants. | [Hon. Sherilyn Peace Garnett presiding] |

**PLEASE TAKE NOTICE** that Plaintiff  Stephen Turner  ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with  prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revelant part:

(a) **Voluntary Dismissal.**

(1) By the Plaintiff.

(A)    *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant FRIENDS BEST BARGAIN, INC., a California corporation has neither answered Plaintiff's  Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: May 9, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Stephen Turner